AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Bartosz Bartosik,
        Plaintiff,

V.

City of Chicago, a Municipal Corporation,
Timothy Weiglein, Star # 13384, Scott Konior, Star # 14328, Paivi Maki, Star # 3309,
Gregory Sweeney, Star # 9881, City of Chicago Police Officers in their individual
capacities,
        Defendants.

CASE N: **07CV6471**
ASSIGN **JUDGE ZAGEL**
DESIGN **MAG. JUDGE DENLOW**
MAGIS

TO: (Name and address of Defendant)

City of Chicago
c/o Miguel Del Valle, City Clerk
121 N. LaSalle Room 107
Chicago, IL 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Dvorak, Toppel & Barrido
3859 W. 26th St.
Chicago, IL 60623

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_[signature]_
(By) DEPUTY CLERK

NOV 15 2007
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  11\15\07 |
| NAME OF SERVER (PRINT)  Neil Toppel | TITLE  Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Nancy Nieminski — Asst Corp Csl, City of Chicago.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | 0 | 0 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11\15\07.        _Neil Toppel_
              Date              Signature of Server

3859 W. 26th St. Chicago IL 60623
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.