AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

Bartosz Bartosik,
        Plaintiff,

CASE NUMBER:

V.

ASSIGN   **07CV6471**

City of Chicago, a Municipal Corporation,
Timothy Weiglein, Star # 13384, Scott Konior, Star # 14328, Paivi Maki, Star # 3309,
Gregory Sweeney, Star # 9881, City of Chicago Police Officers in their individual
capacities,
        Defendants.

DESIGI  **JUDGE ZAGEL**

MAGIS  **MAG. JUDGE DENLOW**

TO: (Name and address of Defendant)

Gregory Sweeney, Star # 8981
Chicago Police Department
3510 S. Michigan Ave
Chicago, IL

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Dvorak, Toppel & Barrido
3859 W. 26th St.
Chicago, IL 60623

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

**NOV 15 2007**
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 11/29/07 |
| NAME OF SERVER *(PRINT)* Neil Toppel | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): CPD Legal Affairs   3510 S. Michigan Ave
D. Paluck #8467                Chgo, IL
, Police Officers

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL  0 | SERVICES  0 | TOTAL  0 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/29/07
　　　　　　　　Date　　　　　　　Signature of Server

3859 W. 26th St. Chicago, IL 60623
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.