UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Bartosz Bartosik, | ) |
|         Plaintiff, | ) |
| v. | ) NO. 07 C 6471 |
| City of Chicago, a Municipal Corporation, | ) |
| Timothy Weiglein, Star #13384, | ) JUDGE DOW |
| Scott Konior, Star #14328, | ) MAGISTRATE JUDGE DENLOW |
| Paivi Maki, Star #3309, | ) |
| Gregory Sweeney, Star #8981, | ) |
| City of Chicago Police Officers, | ) |
| In Their Individual Capacities, | ) |
|         Defendants. | ) |

**DEFENDANTS' AGREED MOTION TO
ENLARGE TIME TO ANSWER OR OTHERWISE PLEAD**

Defendants City of Chicago and Police Officers Timothy Weiglein, Paivi Maki, and Gregory Sweeney, ("Defendants"), by one of their attorneys, Marcy M. Labedz, Assistant Corporation Counsel for the City of Chicago, respectfully request this Honorable Court to enlarge the time in which Defendants may answer or otherwise plead to Plaintiff's Complaint, up to and including February 20, 2008. In support thereof, Defendants state as follows:

1. Plaintiff's Complaint was filed on November 15, 2007.

2. The undersigned has filed an appearance for Defendants on today's date.

3. Defendant City's, Weiglein's, Maki's, and Sweeney's, Answer or other responsive pleading was/is due at or about December 5, 2007, January 19, 2008, January 18, 2008, and January 17, 2008 respectively. All of Defendants except Konior have been served.

4. Defendants' attorney has not been able to review the file, and has not been able to meet with her clients. Further, the undersigned was gone from the office for a period of 2 weeks.

5. This Motion is Defendants' first request for an extension of time to answer or otherwise plead. Such a request will not unduly delay the resolution of the disputed issues.

6. Plaintiff's counsel, Neil Toppel, has no objection to the extension of time requested herein.

**WHEREFORE,** Defendants, respectfully request that this Honorable Court grant an extension of time up to and including February 20, 2008, to answer or otherwise plead to Plaintiff's Complaint.

Respectfully submitted,

/s/ Marcy M. Labedz
MARCY M. LABEDZ
Assistant Corporation Counsel

30 North LaSalle Street
Suite 1400
Chicago, Illinois  60602
(312) 744-3982
(312) 744-6566
Attorney No.  06279219

January 7, 2008

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that I have caused a true and correct copy of **DEFENDANTS' AGREED MOTION TO ENLARGE TIME TO ANSWER OR OTHERWISE PLEAD**, and **NOTICE OF MOTION** to be served on the person(s) named in the foregoing Notice, via electronic mail, at the address therein stated, on January 7, 2008.

/s/ Marcy M. Labedz
MARCY M. LABEDZ