UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Bartosz Bartosik, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 07 C 6471 |
| | ) |
| City of Chicago, a Municipal Corporation, | ) |
| Timothy Weiglein, Star #13384, | ) JUDGE DOW |
| Scott Konior, Star #14328, | ) MAGISTRATE JUDGE DENLOW |
| Paivi Maki, Star #3309, | ) |
| Gregory Sweeney, Star #8981, | ) |
| City of Chicago Police Officers, | ) |
| In Their Individual Capacities, | ) |
| Defendants. | ) |

**NOTICE OF AGREED MOTION**

TO:   Neil L. Toppel
      Dvorak, Toppel & Barrido
      3859 W. 26th Street
      Chicago, IL 60623

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' AGREED MOTION TO ENLARGE TIME TO ANSWER OR OTHERWISE PLEAD**, a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Dow or before such other Judge sitting in his place or stead, on **Tuesday, January 22, 2008 at 9:15 a.m.**, or as soon thereafter as counsel may be heard, United States District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached Motion.

**DATED** at Chicago, Illinois this 7th day of January 2008.

                                        Respectfully submitted,

                                        /s/ Marcy M. Labedz
                                        Marcy M. Labedz

30 North LaSalle St., Suite 1400
Chicago, Illinois  60602
(312) 744-3982
(312) 744-6566 fax
Attorney No.  06279219

1