UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Bartosz Bartosik, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.   07 C 6471 |
| | ) | |
| City of Chicago, a Municipal Corporation, et. al., | ) ) | Hon. Judge Robert M. Dow, Jr. |
| Defendants. | ) | |

**JOINT INITIAL STATUS REPORT**

    NOW COME the parties, by Plaintiff's counsel, Neil Toppel, and Defendants' counsel, Assistant Corp. Counsel, City of Chicago, Marcy Labedz, and hereby submit the following Joint Initial Status Report.[1]

A.    Nature of the Case

    1.    Attorneys: For Plaintiff: Neil Toppel, Dvorak, Toppel & Barrido. Mr. Toppel will try the case should the matter proceed to trial. For Defendant City of Chicago and the Individual Defendant officers: Marcy Labedz, Assistant Corp. Counsel City of Chicago.  Ms. Labedz will act as trial counsel for Defendants.

    2.    Federal Jurisdiction:   28  U.S.C. § 1331,  §1343(a).

    3.    Nature of Claims:  42 U.S.C. § 1983 excessive force and failure to intervene to prevent excessive force against the Defendant officers; Indemnification under Illinois state law against the Defendant City of Chicago.
No counter claims are presently asserted.

    4.    Unserved Parties:  Pursuant to standard City of Chicago, Chicago Police Department procedure, Plaintiff's counsel delivered a Summons and Complaint for Defendant Konior to CPD Legal Affairs. CPD Legal Affairs then facilitates delivery of same to the individual Defendant officer. On information and belief, Defendant Konior has not picked up his Summons and Complaint. Counsel for

---

    [1]Defendant Konior has yet to be served.  However, Assistant Corp. Counsel, City of Chicago, Marcy Labedz anticipates representing Defendant Konior once service has been accomplished.

1

            Defendant City of Chicago anticipates representing Defendant Konoir.

5. Principal Legal Issues: Whether Defendants used excessive force and/or failed to intervene to protect the Plaintiff from excessive force thereby violating the Plaintiff's 4th Amendment rights and 42 U.S.C. § 1983. Whether the actions of the individual Defendant officers were in the scope of their employment thereby rendering Defendant City of Chicago liable under Illinois state Indemnification statutes.

6. Principal Factual Issues:
Whether the Defendants officers used unnecessary and unjustifiable force against the Plaintiff during his arrest and detention and/or whether the Defendant officers failed to protect the Plaintiff from such excessive force.

7. Jury Trial Requested: Yes. Plaintiff has requested a jury trial.

B. <u>Proceedings to Date</u>

1. Summary of Prior Rulings. Plaintiff originally filed a lawsuit based on the incident underlying this lawsuit in the Circuit Court of Cook County, which he voluntarily dismissed on September 21, 2007. On September 27, 2007, after the state law case had been voluntarily dismissed, Defendant City of Chicago mistakenly removed the already dismissed action to the U.S. District Court for the Northern District of Illinois, Eastern District. The matter was given case # 07CV 5477, and assigned to the Honorable Judge Zagel. On November 6, 2007, on Motion of the Defendant City of Chicago, Judge Zagel dismissed 07 CV 5477 without prejudice. On November 15, 2007, Plaintiff filed the instant Complaint.

2. Pending Motions: Defendants' Agreed Motion For Extension of Time To Answer or Otherwise Plead noticed for January 22, 2008 at 9:15 a.m.

3. Anticipated Motions: None

4. Most Recent Scheduling Order: None

5. Status Report: None

C. <u>Discovery</u>

1. Discovery Start Date: None

2. Discovery Taken & Remaining: None taken. Discovery needed; FRCP 26a1 disclosures, written and oral discovery.

    3.    Discovery Cutoff Set: None

    4.    Discovery Disputes: None.

    5.    Suggested Discovery Cutoff Date:    January 1, 2009.

D.    <u>Trial</u>

    1.    Case Ready For Trial: No.

    2.    N/A

    3.    Estimated Length Of Trial:    3-4 days.

    4.    Pre-trial Order Filed Or Prepared:    No.

    5.    Consent to Magistrate:    No.

E.    <u>Settlement</u>

    1.    Settlement Discussions To Date:    None.

    2.    Settlement Conference Requested.    Not at this time.

Respectfully submitted,

By:    /s/ Neil Toppel
    Attorney for Plaintiff.

Neil Toppel
Dvorak, Toppel & Barrido
3859 W. 26th St.
Chicago, IL 60623
(773) 521-1300

By:    /s/ Marcy Labedz
    Attorney for Defendant City of Chicago and
    Defendants Weighlein, Maki, and Sweeney.

Marcy Labedz
Assistant Corp. Counsel
City of Chicago
30 N. LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 744-3982