UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Bartosz Bartosik, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.   07 C 6471 |
| | ) | |
| City of Chicago, a Municipal Corporation, et. al., | ) | Hon. Judge Robert M. Dow, Jr. |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

To:
Marcy Labedz
Assistant Corp. Counsel
City of Chicago
30 North LaSalle Street
Suite 1400
Chicago, IL 60602

**PLEASE TAKE NOTICE** that I have this day electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, a **Joint Initial Status Report**.

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a true and correct copy of the **Joint Initial Status Report** to be served on all parties of record via the court's electronic filing system.

                                                Respectfully submitted,

                                    By:    /s/ Neil Toppel
                                                Attorney for the Plaintiff

Neil Toppel
Dvorak, Toppel & Barrido
3859 W. 26 St.
Chicago, IL 60623
(773) 521-1300