UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

Bartosz Bartosik
                            Plaintiff,

v.
                                                       Case No.: 1:07−cv−06471
                                                       Honorable Robert M. Dow Jr.

City of Chicago, et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, January 11, 2008:

       MINUTE entry before Judge Robert M. Dow Jr.: Motion hearing held. Status hearing held and continued to 4/1/2008 at 09:00 AM.. MOTION by Defendants City of Chicago, Timothy Weiglein, Paivi Maki, Gregory Sweeney for extension of time *Agreed to 2/20/2008 to answer or otherwise plead* [14] is granted. Advised in open court (jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.