UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Bartosz Bartosik, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 07 C 6471 |
| | ) | |
| City of Chicago, a Municipal Corporation, | ) | |
| Timothy Weiglein, Star #13384, | ) | JUDGE DOW |
| Scott Konior, Star #14328, | ) | MAGISTRATE JUDGE DENLOW |
| Paivi Maki, Star #3309, | ) | |
| Gregory Sweeney, Star #8981, | ) | |
| City of Chicago Police Officers, | ) | |
| In Their Individual Capacities, | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

### NOTICE OF FILING

TO:   Neil L. Toppel
Dvorak, Toppel & Barrido
3859 W. 26th Street
Chicago, IL 60623

**PLEASE TAKE NOTICE** that on February 20, 2008, I have caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' ANSWER, 12(B)(6) DEFENSE, AFFIRMATIVE DEFENSES, AND JURY DEMAND TO PLAINTIFF'S COMPLAINT**, a copy of which is herewith served upon you.

Respectfully submitted,

/s/ Marcy M. Labedz
MARCY M. LABEDZ
Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-3982
(312) 744-6566 (Fax)
Atty. No. 06279219