IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Bartosz Bartosik, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) No. 07 C 6471 |
| | ) |
| City of Chicago et al., | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S AGREED MOTION TO VOLUNTARILY DISMISS DEFENDANTS PAIVI MAKI AND GREGORY SWEENEY FROM THE COMPLAINT AT LAW**

NOW COMES, the Plaintiff, BARTOSZ BARTOSIK, by one of his attorneys, Neil Toppel, Dvorak, Toppel & Barrido, LLC and pursuant to FRCP 41(a)(2) hereby moves to voluntarily dismiss Defendants Paivi Maki and Gregory Sweeney from the Complaint. In support of this Motion, Plaintiff states the following:

!.   Paivi Maki and Gregory Sweeney are currently Defendants in the above captioned lawsuit.

2.   Plaintiff wishes to Voluntarily Dismiss Defendants Paivi Maki and Gregory Sweeney from this lawsuit pursuant to FRCP 41(a)(2).

3.   All Defendants have no objection to this Motion being granted.

4.   This Motion is made in good faith and will not prejudice the remaining parties.

WHEREFORE, Plaintiff prays this Honorable Court, voluntarily dismiss Defendants Paivi Maki and Gregory Sweeney from the Complaint At Law with prejudice.

Respectfully submitted,

BY:   /S/ Neil Toppel
         One of the Plaintiff's Attorneys

Neil Toppel
Dvorak, Toppel & Barrido, LLC
3859 W. 26th ST.
Chicago, IL 60623
(773) 521-1300