UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Bartosz Bartosik, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.   07 C 6471 |
| | ) | |
| City of Chicago, a Municipal Corporation, et. al., | ) | Hon. Judge Robert M. Dow, Jr. |
| | ) | |
| Defendants. | ) | |

## NOTICE OF AGREED MOTION

**PLEASE TAKE NOTICE** that on April 24, 2008, at 9:15 a.m. I shall appear before the Honorable Judge Dow, or any Judge sitting in his stead, a in Courtroom 1919, United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn St. Chicago, IL and present **Plaintiff's Agreed Motion To Voluntarily Dismiss Defendants Maki and Sweeney.**

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a true and correct copy of the **Plaintiff's Agreed Motion To Voluntarily Dismiss Defendants Maki and Sweeney** be served on all parties of record via the court's electronic filing system.

**DATED: April 16, 2008**

Respectfully submitted,

By:   /s/ Neil Toppel
Attorney for the Plaintiff

Neil Toppel
Dvorak, Toppel & Barrido, LLC
3859 W. 26 St.
Chicago, IL 60623
(773) 521-1300