## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert Dow, Jr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6471 | **DATE** | 4/23/2008 |
| **CASE TITLE** | Bartosik vs. City of Chgo. | | |

**DOCKET ENTRY TEXT**

MOTION by Plaintiff Bartosz Bartosik to Voluntarily Dismiss Defendants Maki and Sweeney with prejudice [25] is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | TBK |
|---|---|---|