UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Bartosz Bartosik, ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> City of Chicago, a Municipal Corporation, ) <br> Timothy Weiglein, Star #13384, ) <br> Scott Konior, Star #14328, ) <br> Paivi Maki, Star #3309, ) <br> Gregory Sweeney, Star #8981, ) <br> City of Chicago Police Officers, ) <br> In Their Individual Capacities, ) <br> Defendants. ) | NO. 07 C 6471 <br><br> JUDGE DOW <br> MAGISTRATE JUDGE DENLOW |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

/s/ Neil L. Toppel
Neil L. Toppel
Attorney for Plaintiff,
Bartosz Bartosik
Dvorak, Toppel & Barrido
3859 W. 26th Street
Chicago, IL 60623
Attorney No. 6270744

Date: 5/19/08

/s/ Marcy M. Labedz
Marcy M. Labedz
Assistant Corporation Counsel
Attorney for Defendants,
Timothy Weiglein and Scott Konior
30 N. LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-3982
Attorney No. 06279219
Date: 5-27-08

Respectfully submitted,

CITY OF CHICAGO
a Municipal Corporation
MARA S. GEORGES
Corporation Counsel
Attorney for City of Chicago

BY: /s/ Marcy Labedz
Marcy M. Labedz
Assistant Corporation Counsel
30 N. LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-3982
Attorney No. 06279219

Date: 5-27-08