

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Bartosz Bartosik,<br><br>　　　　Plaintiff,<br>v.<br><br>City of Chicago, a Municipal Corporation,<br>Timothy Weiglein, Star #13384,<br>Scott Konior, Star #14328,<br>Paivi Maki, Star #3309,<br>Gregory Sweeney, Star #8981,<br>City of Chicago Police Officers,<br>In Their Individual Capacities,<br>　　　　Defendants. | NO. 07 C 6471<br><br>JUDGE DOW<br>MAGISTRATE JUDGE DENLOW |

### AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, Plaintiff, Bartosz Bartosik, by one of his attorneys, Neil L. Toppel, and Defendants, Timothy Weiglein and Scott Konior, by their attorney, Marcy M. Labedz, and Defendant City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of Plaintiff, Bartosz Bartosik, against Defendants, City of Chicago, Timothy Weiglein, and Scott Konior, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

ENTER: _____
The Honorable Robert M. Dow Jr.
United States District Judge

DATED: May 27, 2008